10-62047

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS        :   Consolidated Under MDL
LIABILITY LITIGATION (No. VI)   :   875
                                :
VARIOUS PLAINTIFFS              :
                                :   Cases in which Plaintiff
       v.                       :   is Represented by Cascino
                                :   Vaughan Law Offices
VARIOUS DEFENDANTS              :

FILED
FEB 17 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this **16th** day of **February, 2011**, it is hereby **ORDERED** that Plaintiffs' Motions for Leave to File First Amended Complaint in the Cases listed in Exhibit "A," attached, are **GRANTED** as they are unopposed.

It is further **ORDERED** that no further motions for leave to amend shall be filed in the cases represented by Cascino Vaughan Law Offices that have been referred to The Honorable Lowell A. Reed, Jr. for mediation until further notice of the Court.¹

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

---

¹ Plaintiff's Motion to Amend in Harold Crouch, 10-64574, filed on February 8, 2011, will be granted provided there is no opposition by Defendants. After that, no additional amendments will be granted, as the continual adding of Defendants to the individual actions is detrimental to the mediation process.

Exhibit A

| Last | First | PAED | Motion Filed (doc. no.) |
|---|---|---|---|
| Waltenberg | Claude | 09-61499 | 9/17/2010 (8) |
| Gehrt | Paul | 08-92066 | 10/8/2010 (9) |
| Kumferman | Henry | 10-61429 | 10/21/2010 (9) |
| Bevers | David | 09-61321 | 11/11/2010 (10) |
| Schurtz | Michael | 08-91742 | 11/11/2010 (9) |
| Willey | Russell | 08-90166 | 12/9/2010 (11) |
| Boinski | Jacob | 10-67877 | 1/22/2011 (10) |
| Knaebe | Gustave | 10-67881 | 1/22/2011 (8) |
| Lundgren | Jim | 09-61032 | 1/22/2011 (19) |
| Michels | Ronald | 10-62047 | 1/22/2011 (14) |